IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>  vs.<br><br>JOSEPH WARD JR., and VICKIE M. WARD,<br><br>            Defendants. | **4:21CR3030**<br><br>**ORDER** |

Defendants have moved to continue the pretrial motion deadline and status conference, (Filing No. 27), because Defendants and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)    Defendants' motion to continue, (Filing No. 27), is granted.

2)    Pretrial motions and briefs shall be filed on or before October 27, 2021.

3)    The status conference scheduled for September 28, 2021 is continued, and it will be held before the undersigned magistrate judge at 2:00 p.m. on October 28, 2021 by telephone. All participants shall use the conferencing information provided by the court, (see <u>Filing No.</u> 18), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

4)    The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy

trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and October 28, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 28th day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge